CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 28 2013

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER A. TAYLOR, | Civil Action No. 7:13cv00238 |
| Plaintiff, | |
| v. | MEMORANDUM OPINION |
| U.S. GOVERNMENT, | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

This is an *in forma pauperis* action by Christopher A. Taylor against the United States "for destroying the black population by invading the black communities with crack cocaine." Taylor, a self-described "25 year addict," complains that he is a "victim of war," the war against drugs. Because the United States has not waived sovereign immunity in suits claiming constitutional torts, see Reinbold v. Evers, 187 F.3d 348, 355 n.7 (4th Cir. 1999), this court lacks jurisdiction over Taylor's claims. Accordingly, the court *sua sponte* dismisses this action for lack of jurisdiction. See Davis v. Pak, 856 F.2d 648, 650 (4th Cir. 1988) ("[i]t is always incumbent upon a federal court to evaluate its jurisdiction *sua sponte*, to ensure that it does not decide controversies beyond its authority.").

ENTER: May 28, 2013.

UNITED STATES DISTRICT JUDGE